# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA MORTON, *Plaintiff*, v. KURT DARREN FRANCIS A/K/A KOLADZYN WILLIAM OTTO, FERNANDO FRANCIS, and CHARL FRANCIS, Defendants. | Civil Action No 2:21-cv-1576 **Notice of Rule 41(a)(1) Dismissal** |

Plaintiff Cynthia Morton, under Rule 41(a)(1) of the Federal Rules of Civil Procedure, herby dismisses all causes of action in the Complaint as against all Defendants with prejudice. **After further investigation, Plaintiff has determined that Defendants are not the perpetrators of the frauds described in the Complaint in this Action.**

No Defendant has filed an answer to the Complaint nor a motion for summary judgment as to any of these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

It is so ordered this 18th Day of February 2022.

_____
Mariyln J. Horan
United States District Judge